

**GLOBAL LENDING**
SERVICES

P. O. Box 10437
Greenville, SC 29607

# NOTICE OF RIGHT TO CURE

Monique Moorer
2221 N Teutonia Ave
Milwaukee, WI 53205



**VIA CERTIFIED MAIL**

6/26/2015

Re: Account number: ▆▆▆▆▆▆
Retail Installment Sale or Credit Sale Contract dated 06/07/2014 ("Agreement")
2012    Ford   Fusion   VIN: 3FAHP0JA2CR292380

Dear Monique Moorer :

Our records show that you are in default on the above-referenced Agreement in the amount described below under the AMOUNT NOW DUE, which is secured by the Vehicle. The reasons you are in default are:

☒    Nonpayment of amounts due

You many cure the default on or before the LAST DAY FOR PAYMENT (see below) by paying the AMOUNT NOW DUE (see below).

07/12/2015  is the LAST DAY FOR PAYMENT.

The AMOUNT NOW DUE includes:

Late payment (Dates due: 05/22/15 )   $ 439.06
Late payment (Dates due: 06/22/15 )   $ 439.06
Delinquency Charges:                  $ 10.00
Other Charges:                        $

AMOUNT NOW DUE:                         888.12

If you pay the AMOUNT NOW DUE (see above) and cure the other default (see above) by the LAST DAY FOR PAYMENT (see above), you may continue under the Agreement as though you were not late. If you do not pay by that date, we may exercise our rights under the law. These rights include the right to repossess the Vehicle and the right, in many instances, to hold you personally responsible for any difference between the amount the Vehicle brings in a sale and the balance due us under the Agreement.

If you have any questions regarding this notice, promptly call us at 1-877-298-1345 or write us at the address shown above.

Sincerely,

Collection Department
Global Lending Services LLC

NOTICE: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**
(RTC WI - 4824-9060-1986 Rev. 6/2015)

Page 1 of 2
EXHIBIT A

6/26/2015

## Notice of Repossession of Motor Vehicle

This notice of repossession applies only if the collateral, or good subject to lease, is a motor vehicle, which includes your Vehicle(See above).

If you do not cure the default on or before LAST DAY FOR PAYMENT (see above), we may have the right to take possession of the motor vehicle that secures the credit transaction, or is subject to the lease, without further notice or court proceeding.

If you believe you are not in default, or you object to us taking possession of your Vehicle, you may notify us in writing, no later than 15 days from the date of this notice, and demand that we proceed in court. If we proceed in court, you may be required to pay court costs and attorneys' fees.

**EXHIBIT A**