UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MONIQUE L. MOORER,

    Plaintiff,

v.                                            Case No. 16-cv-1504-pp

ALWAYS TOWING AND RECOVERY, INC.,
ALL CITY RECOVERY, INC., AND
GLOBAL LENDING SERVICES, LLC,

    Defendants,

and

ALWAYS TOWING AND RECOVERY, INC.,
and ALL CITY RECOVERY, INC.,

    Third-Party Plaintiffs,

v.

A1 NATIONWIDE, LLC,

    Third-Party Defendant.

---

## ORDER DISMISSING CASE

---

On December 28, 2018, the parties filed a stipulation of dismissal, dkt. no. 75, and a joint motion for dismissal, dkt. no. 76. The court **APPROVES** the stipulation and **GRANTS** the motion for dismissal. The court **ORDERS** that this case is **DISMISSED with prejudice** and without costs to any party.

Dated in Milwaukee, Wisconsin this 2nd day of January, 2019.

                                          **BY THE COURT:**

                                          **HON. PAMELA PEPPER**
                                          **United States District Judge**